## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANDREW KUNDRATIC,

Petitioner

v.

SOPHIA CAROL KUNDRATIC,

Respondent

: No. 555 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.